☞ ORIGINAL ~~JUDGE BAER~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                        :        NOTICE OF INTENT TO
                                   FILE AN INFORMATION

RICHARD JOHNSON,                   :

          Defendant.          :        _Baer, J._

- - - - - - - - - - - - - - - - x


       Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          December 4, 2007          **07 CRIM 1096**


                        MICHAEL J. GARCIA
                        United States Attorney

          By:  _____
               Loyaan A. Egal
               Assistant United States Attorney


               AGREED AND CONSENTED TO:

          By:  _____
               Harvey Fishbein
               Attorney for Richard Johnson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 4 2007

12/4/07   WITEEL A