```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :

         -v.-                    :          INFORMATION

RICHARD JOHNSON,                 :          07 Cr. ____ (HB)

                    Defendant.   :          07 CRIM 1096
- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 5 2007

### COUNT ONE

The United States Attorney Charges:

1. From at least on or about June 11, 2007, up to and including on or about June 29, 2007, in the Southern District of New York and elsewhere, RICHARD JOHNSON, a/k/a "Rick," the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 70 grams of mixtures and substances containing a detectable amount of cocaine base (commonly known as "crack").

   (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Information, RICHARD JOHNSON, a/k/a "Rick," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the narcotics trafficking offense, and

any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Information, including but not limited to the following:

  a. A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

    Substitute Assets Provision

  3. If any of the above-described forfeitable property, as a results of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Information, including but not limited to the following:

  a. A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

<u>Substitute Assets Provision</u>

  3. If any of the above-described forfeitable property, as a results of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

RICHARD JOHNSON,
a/k/a "Rick,"

Defendant.

**INFORMATION**

07 Cr.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

MICHAEL J. GARICA
United States Attorney.