

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    :

              v.                            :

RICHARD JOHNSON,                            :        07 Cr. ____ (HB)
        a/k/a "Rick,"

              Defendant.                    :      **07 CRIM 1096**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

   The above-named defendant, who is accused of violating Title 21, United States Code, Section 841(b)(1)(A), being advised of the nature of the charge and of HIS rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                _____
                Defendant

                _____
                Witness

                _____
                Counsel for Defendant

Date: New York, New York
    December 5, 2007

