UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>Richard Johnson,<br><br>Defendant. | 07 Cr. 1096 (HB)<br><br>**NOTICE OF CHANGE OF FIRM, PHONE AND EMAIL** |

      PLEASE BE ADVISED that the following contact information for Harvey Fishbein, Esq.:

    Harvey Fishbein, Esq.
    Fishbein McConnell, LLP
    61 Broadway
    Suite 1601
    New York, NY 10006
    212-233-9555
    212-267-3024 (fax)
    Fishbein@fmlawny.com

has been changed to:

    Harvey Fishbein, Esq.
    61 Broadway
    Suite 1601
    New York, NY 10006
    212-233-9555
    212-267-3024 (fax)
    hf@harveyfishbein.com

Dated: New York, NY
       January 3, 2008

                                                                            Harvey Fishbein, Esq.
                                                                            Attorney for the Defendant
                                                                            61 Broadway, Suite 1601
                                                                            New York, NY 10006
                                                                            212-233-9555